**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

DEBBIE JO MAXWELL,

  Plaintiff,

v.                                            CASE NO.: 1:23-cv-00228

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
SYNCHRONY BANK,

     Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC**

COMES NOW Plaintiff, DEBBIE JO MAXWELL by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: February 19th, 2024.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esq.
Florida Bar#: 0338620
Georgia Bar #: 617963
Pennsylvania Bar #: 325066
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Telephone: 844.855.9000
Facsimile: 844.951.3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 19th of February, 2024, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez
Georgia Bar No. 617963
*Attorney for Plaintiff*