# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| DEBBIE JO MAXWELL, <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and SYNCHRONY BANK, <br><br> Defendants. | CASE NO. 1:23-cv-00228-LAG |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, SYNCHRONY BANK

COMES NOW Plaintiff, DEBBIE JO MAXWELL, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, SYNCHRONY BANK, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 22nd day of May, 2024.

/s/Octavio Gomez
Octavio "Tav" Gomez

1

        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers, PLLC
        412 E. Madison St, Ste 916
        Tampa, FL 33602
        Cell: (813)299-8537
        Facsimile: (844)951-3933
        Primary Email:
        Tav@theconsumerlawyers.com
        Secondary Email:
        Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 22nd day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Octavio Gomez**
        Octavio "Tav" Gomez
        Georgia Bar #: 617963
        The Consumer Lawyers, PLLC
        *Attorney for Plaintiff*