**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

DEBBIE JO MAXWELL,

  Plaintiff,

                           CASE NO.:  1:23-cv-00228-LAG

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION LLC, and
SYNCHRONY BANK,

  Defendants.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC AND SYNCHRONY BANK

COMES NOW Plaintiff, DEBBIE JO MAXWELL and Defendants, TRANS UNION LLC and SYNCHRONY BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendants, TRANS UNION LLC and SYNCHRONY BANK, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of July, 2024.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers, PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Office: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

/s/*Monica K. Gilroy*
MONICA K. GILROY (SBN:
427520)
The Gilroy Firm
1145 Hightower Trail
Atlanta, GA 30350
(678) 280-1922; (678) 280-1923 (fax)
Monica.gilroy@gilroyfirm.com

/s/*Paul L. Myers*
Paul L. Myers
pmyers@qslwm.com
Georgia Bar No. 767391
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
6900 North Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5452
(214) 871-2111 Fax
***Counsel for Trans Union, LLC***

2